The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO PEREZ AGUILAR, and

BENITO PEREZ AGUILAR,

Defendants.

NO. CR25-118-JNW

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Consolidated Motion for a Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"), and which has already been forfeited by Defendants Antonio Perez Aguilar and Benito Perez Aguilar:

1. $12,396 in U.S. currency, seized on or about May 16, 2025, from the residence of Defendant Antonio Perez Aguilar, located at 14418 North Creek Drive, Mill Creek, Washington; and

2. $20,285 in U.S. currency, seized on or about May 16, 2025, from the residence of Defendant Benito Perez Aguilar, located at 23310 61st Ave. S., Kent, Washington.

Final Order of Forfeiture - 1
*United States v. Aguilar, et al.,* CR25-118-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Antonio Perez Aguilar entered on November 17, 2025, he agreed to forfeit his interest in the Subject Property, pursuant to 21 U.S.C. § 853(a), as property used to commit or facilitate his commission of *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846 (*see* Dkt. No. 37, ¶ 12);

2. In the Plea Agreement that Defendant Benito Perez Aguilar entered on November 19, 2025, he agreed to forfeit his interest in the Subject Property, pursuant to 21 U.S.C. § 853(a), as property used to commit or facilitate his commission of *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846 (*see* Dkt. No. 41, ¶ 12);

3. On December 9, 2025, the Court entered a Preliminary Order of Forfeiture (the "Antonio POF"), finding the Subject Property forfeitable, pursuant to 21 U.S.C. § 853(a), and forfeiting Defendant Antonio Perez's interest in the Subject Property (*see* Dkt. No. 50);

4. On December 9, 2025, the Court entered a Preliminary Order of Forfeiture (the "Benito POF"), finding the Subject Property forfeitable, pursuant to 21 U.S.C. § 853(a), and forfeiting Defendant Benito Perez's interest in the Subject Property (*see* Dkt. No. 51);

5. The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (*see* Dkt. No. 52);

Final Order of Forfeiture - 2
*United States v. Aguilar, et al.,* CR25-118-JNW

6.    The United States provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of Assistant U.S. Attorney Karyn S. Johnson in Support of Consolidated Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-D); and,

7.    The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.    No right, title, or interest in the Subject Property exists in any party other than the United States;

2.    The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3.    The United States Department of Justice, the Federal Bureau of Investigation, and/or its representatives, are authorized to dispose of the Subject Property in accordance with the law.

IT IS SO ORDERED.

Dated this 20th day of May, 2026.

THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Aguilar, et al.,* CR25-118-JNW